FILED
CLERK, U.S. DISTRICT COURT
6/21/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DTA_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 8:21-cr-00118-DMG |
| Plaintiff, | I N F O R M A T I O N |
| v. | [26 U.S.C. § 7206(1): Making and Subscribing to a False Tax Return] |
| LUKE HO, | |
| Defendant. | |

The Acting United States Attorney charges:

COUNT ONE

[26 U.S.C. § 7206(1)]

On or about January 20, 2018, in Orange County, within the Central District of California, defendant LUKE HO willfully made and subscribed to a materially false United States Individual Income Tax Return, for the calendar year 2017, which defendant HO verified as true, correct, and complete by written declaration made under penalty of perjury and caused to be filed with the Internal Revenue Service, and which defendant HO did not believe to be true and correct as to every material matter, in that the tax return falsely reported that his total income in 2017 was $51,828, when, as defendant HO knew, his true income in 2017 was substantially higher, namely, $104,757,

including $52,929 that defendant HO received as an employee of the Church for the Healthy Self.

COUNT TWO

[26 U.S.C. § 7206(1)]

On or about March 22, 2019, in Orange County, within the Central District of California, defendant LUKE HO willfully made and subscribed to a materially false United States Individual Income Tax Return, for the calendar year 2018, which defendant HO verified as true, correct, and complete by written declaration made under penalty of perjury and caused to be filed with the Internal Revenue Service, and which defendant HO did not believe to be true and correct as to every material matter, in that the tax return falsely reported that his total income in 2018 was $61,872, when, as defendant HO knew, his true income in 2018 was substantially higher, namely, $549,333, including $487,461 that defendant HO received as an employee of the Church for the Healthy Self.

COUNT THREE

[26 U.S.C. § 7206(1)]

On or about February 18, 2020, in Orange County, within the Central District of California, defendant LUKE HO willfully made and subscribed to a materially false United States Individual Income Tax Return, for the calendar year 2019, which defendant HO verified as true, correct, and complete by written declaration made under penalty of perjury and caused to be filed with the Internal Revenue Service, and which defendant HO did not believe to be true and correct as to every material matter, in that the tax return falsely reported that his total income in 2019 was $71,612, when, as defendant HO knew, his true income in 2019 was substantially higher, namely, $101,799, including $30,187 that defendant HO received as an employee of the Church for the Healthy Self.

TRACY L. WILKISON
Acting United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

GREGORY W. STAPLES
Assistant United States Attorney